UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RHINE,<br><br>                  Plaintiff,<br><br>   v.<br><br>PETE BUTTIGIEG,<br><br>                  Defendant. | CASE NO. 2:20-cv-01761-RAJ-BAT<br><br>**ORDER STRIKING MOTION FOR ORDER OF ISSUANCE OF SUBPOENAS DUCES TECUM** |

On June 3, 2022, Plaintiff Daniel Rhine, proceeding pro se, filed a Motion for Order of Issuance of Subpoenas Duces Tecum. Dkt. 21. This motion shall be **STRICKEN** as unnecessary and improper. Subpoenas are issued upon request to counsel of record through the Clerk's office and therefore, no motion is required. The docket reflects that Plaintiff is now represented by Attorney Patricia S. Rose. Thus, any requests for subpoenas should be made by her or through her office.

DATED this 9th day of June, 2022.

                                                                _____
                                                                 BRIAN A. TSUCHIDA
                                                                 United States Magistrate Judge