UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL RHINE,

          Plaintiff,

   v.

PETE BUTTIGIEG,

          Defendant.

CASE NO. 2:20-cv-01761-RAJ-BAT

**ORDER GRANTING, IN PART, PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

Plaintiff Daniel Rhine seeks leave to file a 40-page response to Defendant's motion for summary judgment. Dkt. 52-54. Defendant's motion for summary judgment, filed over three months ago, is 22 pages in length. Dkt. 22. Local Rule 7(e)(3) provides that motions for summary judgment and responses may be 24 pages in length. Plaintiff contends the additional pages are necessary as the facts are drawn from a variety of sources and the subject matter is "fact-intensive." Dkt. 52 at 2.

Plaintiff's request is vague, and the additional page request is excessive particularly, as Plaintiff is responding to a summary judgment motion, which requires him to establish only a material dispute of facts. However, the Court will grant him an additional ten pages above the limit set by the local rules. Accordingly, it is **ORDERED**:

    1.    Plaintiff's response to Defendant's motion for summary judgment (Dkt. 22) may be no more than 34 pages in length (excluding exhibits).

ORDER GRANTING, IN PART, PLAINTIFF'S
MOTION FOR LEAVE TO FILE
OVERLENGTH BRIEF - 1

2. Defendant's reply to Plaintiff's response may be no more than 22 pages in length.

DATED this 25th day of October, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING, IN PART, PLAINTIFF'S
MOTION FOR LEAVE TO FILE
OVERLENGTH BRIEF - 2