HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL RHINE, *et al.*,

    Plaintiff,

v.

PETE BUTTIGIEG, in his official capacity,

    Defendant.

Case No. 21-1761 RAJ

ORDER

The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Pete Buttigieg's Motion for Summary Judgment (Dkt. # 22) is **GRANTED**; Plaintiff Daniel Rhine's claims are **DISMISSED WITH PREJUDICE**.

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 10th day of February, 2023.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1

ORDER – 2